H362d3 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1 | **Maria Quintua Galicia** |
| | Name |
| Debtor 2 (Spouse, if filing) | |
| | Name |

**United States Bankruptcy Court
District of Hawaii**

Case number: **24–00901**
Chapter: **11**

# ORDER IN A SINGLE ASSET REAL ESTATE CASE

The voluntary petition in this case indicates that the Debtor's nature of business is "Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)." Therefore, the court determines that the debtor is subject to 11 U.S.C. § 362(d)(3).

SO ORDERED.

Date: October 1, 2024

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

United States Bankruptcy Judge